GEORGE COX, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Division B.

Opinion Filed January 24, 1925.

Petition for Rehearing Denied February 28, 1925.

The judgment in this case is affirmed upon authority of Bryant v. State, opinion in which was filed January 24, 1925.

A Writ of Error to the Circuit Court for DeSoto County; George W. Whitehurst, Judge.

Affirmed.

W. D. Bell, for Plaintiff in Error;

*Rivers Buford*, Attorney General, and *Marvin C. McIntosh*, Assistant Attorney General, for the State.

WEST, J.—The defendant, plaintiff in error in this court, was indicted, charged with burning a building in-

sured against loss or damage by fire, with intent to injure the insurer, the offense denounced by Section 5111, Revised General Statutes. Upon a trial he was convicted. Writ of error was taken from this court to review the judgment.

The case grew out of the same transaction, the evidence is practically the same, and in all material respects the questions are the same, as presented in the companion case of Bryant v. State, opinion in which is this day filed.

Upon authority of Bryant v. State, the judgment is affirmed.

Affirmed.

WHITFIELD, P. J., AND TERRELL, J. J., concur.

TAYLOR, C. J., AND ELLIS AND BROWNE, J. J., concur in the opinion.